**Electronically Filed**
**Supreme Court**
**SCWC-16-0000572**
**27-OCT-2017**
**08:12 AM**

SCWC-16-0000572

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

NIKILYN LOVE,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000572; CASE NO. 3DTA-16-00995)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Nikilyn Love's

application for writ of certiorari filed on September 5, 2017, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, October 27, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

